UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

MERRIMACK COUNTY SAVINGS BANK,

                    Plaintiff,

              -v-

MV MISS GUIDED, *(Official No. 1262733), her engines, apparel, tackle, boats, appurtenances, etc.*, in rem,

and

LEWIS G. MARTINEZ-BERROA, *in personam*,

                    Defendants.

25-CV-4565 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Minneford Marina and its personnel are hereby ordered to immediately assist the United States Marshal Service's seizure of the vessel MV Miss Guided and its transfer to Maritime Asset Recovery Inc. As used in this Order, "assist" includes moving other vessels and other obstructions, as well as rotating or otherwise manipulating the vessel MV Miss Guided, as needed to remove MV Miss Guided from Minneford Marina's property to Maritime Asset Recovery Inc.'s possession.

    Minneford Marina is directed to file, within 14 days, a bill of costs incurred in its complying with this Order.

    SO ORDERED.

Dated: July 2, 2025
       New York, New York

                                            _____
                                            J. PAUL OETKEN
                                            United States District Judge